UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:23-cr-120-SPC-NPM

MARK ANTHONY TAYLOR, JR.
_____

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 82). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting **a Sig Sauer firearm (S/N UU628673) and assorted ammunition** seized on or about August 17, 2023. *See* 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 82) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on May 10, 2024.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record